**Dated: February 26, 2013**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re:   PLANTATION HOME OUTLET, LLC                    Case No. 12-25315-JDL

Debtor.                                                  Chapter 11

_____

**ORDER CONVERTING CHAPTER 11 CASE TO CASE UNDER CHAPTER 7**
_____

This matter came before the Court on February 13, 2013 upon the Motion to Convert or, in the Alternative, Dismiss Case Pursuant to 11 U.S.C. § 1112(b) ("Motion") filed by the United States Trustee for Region 8 (U.S. Trustee"); upon the absence of a written objection thereto by Plantation Home Outlet, LLC ("Debtor"); upon the statements of counsel for the U.S. Trustee, the Debtor, and counsel for the Internal Revenue Service; and upon the entire record herein.

Based upon the statements of counsel in open court and the case record as a whole, it appears that the Motion to Convert should be granted.  Therefore, this case is converted from Chapter 11 to a case under Chapter 7 upon the terms and condition set forth herein:

IT IS THEREFORE ORDERED that this Chapter 11 case of Plantation Home Outlet, LLC, is converted to a case under Chapter 7 of the Bankruptcy Code; and that the Chapter 11 Matrix, Schedules, and Statements of Financial Affairs and amendments thereto shall be deemed the Chapter 7 Matrix, Schedules, and Statements of Financial Affairs; and

IT IS FURTHER ORDERED that the Debtor shall be allowed to file amendments to the Matrix, Schedules, and Statements of Financial Affairs, if deemed necessary.

Approved for entry:

/s/ Madalyn Scott Greenwood (#12241)
Assistant U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
901-544-3667

/s/ William A. Cohn (# 005873)
The Cohn Law Firm
291 Germantown Bend Cove
Cordova, TN 38018
(901) 757-5557

/s/ Barbara M. Zoccola (#13020)
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103


Serve:  Debtor
        Debtor's Attorney
        All Parties on the Matrix