**Dated: May 03, 2013**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

In Re:
**Plantation Home Outlet, LLC**                    **Chapter 7**
                    **Debtor.**                    **Case No. 12-25315**

_____

### ORDER ALLOWING ATTORNEY FOR DEBTOR TO WITHDRAW
_____

       This cause came to be heard before this Court upon the application of the debtor's attorney

to withdraw and it appearing to the Court that the attorney for the debtor has had no correspondence

with the debtor from the Chapter 11 case and that therefore good cause exists to allow the attorney

to withdraw as attorney for the debtor.


       IT IS THEREFORE ORDERED that William A. Cohn is hereby allowed to withdraw as

Attorney of record for Debtor, and henceforth he no longer represents the debtor.

APPROVED:

THE COHN LAW FIRM


<u>/s/ William A. Cohn</u>

William A. Cohn

291 Germantown Bend Cove

Cordova, TN 38018

(901) 757 5557

TN Supreme Court No. 5873




Please serve:

Debtor

William A. Cohn

All Interested Parties