**Dated: June 26, 2013**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

In re
PLANTATION HOME OUTLET, LLC,                    Case No. 12-25315-L
    Debtor.                                              Chapter 7
_____

### ORDER DISMISSING CASE
_____

Pursuant to "Order and Notice for Debtor to Employ Counsel," entered May 29, 2013, Debtor was given through June 24, 2013, to employ an attorney and for said attorney to file a notice of appearance in this case. To date, no attorney has filed a notice of appearance on behalf of the Debtor. Now, therefore, this case is **DISMISSED**.

cc:    Michael W. Kent (Plantation Homes Outlet, LLC, 974 Hwy 51 North,,Covington, TN  38019)
       Michael W. Kent (8400 Sartori Drive, Millington, TN  38053)
cc:    United States Trustee
       Chapter 7 Case Trustee
       Matrix